```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 09750
    RAYMOND PRICE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0054

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/30/2007 and was confirmed 08/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           10993.12         .00           .00
AMERICREDIT FINANCIAL SE  SECURED NOT I    NOT FILED          .00           .00
AMERICREDIT FINANCIAL SE  UNSEC W/INTER    NOT FILED          .00           .00
CAVALRY INVESTMENTS       UNSEC W/INTER     10477.50          .00           .00
CAVALRY INVESTMENTS       UNSEC W/INTER    NOT FILED          .00           .00
CAPITAL ONE               UNSEC W/INTER       927.34          .00           .00
CREDIT PROTECTION         UNSEC W/INTER    NOT FILED          .00           .00
ILL COLL SVC              UNSEC W/INTER    NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER     26644.56          .00           .00
LVNV FUNDING              UNSEC W/INTER    NOT FILED          .00           .00
NATIONWIDE COMMERCIAL LP  UNSEC W/INTER    NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER       472.32          .00           .00
LINDA PRICE               NOTICE ONLY      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER       586.78          .00           .00
EDWARD WILKS              NOTICE ONLY      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER          .00          .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY       3,500.00                      1,131.17
TOM VAUGHN                TRUSTEE                                            83.83
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             1,215.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              1,131.17
TRUSTEE COMPENSATION                           83.83
DEBTOR REFUND                                    .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09750 RAYMOND PRICE
```

```
                                   ---------------      ---------------
TOTALS                                    1,215.00             1,215.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```